JEFFREY F. KELLER (SBN 148005)
CAREY G. BEEN (SBN 240996)
**KELLER GROVER LLP**
425 Second Avenue, Suite 500
San Francisco, California 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
jfkeller@kellergrover.com

ATTORNEYS FOR PLAINTIFF
Gerald P. Wilcox

STEPHEN C. GERRISH (SBN 061253)
ANDREW P. HOLLAND (SBN 224737)
**THOITS, LOVE, HERSHBERGER & MCLEAN**
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
aholland@thoits.com

ATTORNEYS FOR DEFENDANTS
Kessler Sales Corporation d/b/a Kessler Corporation and Richard L. Wantz

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD B. WILCOX, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>KESSLER SALES CORPORATION d/b/a KESSLER CORPORATION, a Ohio corporation, RICHARD L. WANTZ, an individual, and KAREN J. SMITH, an individual,<br><br>Defendant. | Case No. CV 08-02757 FCD KJM<br><br><br><br>**STIPULATION AND ORDER** |

**STIPULATION**

WHEREAS, suit was filed in this matter on November 14, 2008; and

WHEREAS, Defendant Kessler Corporation was served with process, obtained counsel and by stipulation received an extension of time in which to answer or otherwise plead until February 20, 2009; and

WHEREAS, Defendant Kessler Corporation timely filed its answer and counterclaim in this matter on February 20, 2009; and

WHEREAS, under the Federal Rules of Civil Procedure, Plaintiff Gerald Wilcox is due to answer or otherwise respond to the counterclaim on or before March 16, 2009; and

WHEREBY, on or about February 19, 2009, Defendant Richard L. Wantz filed with the court a waiver of service form; and

WHEREAS, as a result of the filing of the said waiver of service form, Defendant Wantz is due to answer or otherwise respond to the Complaint on or before March 23, 2009; and

WHEREAS, the Parties are convinced that their resources are better devoted at this juncture to the attempted settlement of the lawsuit and have begun such discussions;

NOW THEREFORE, in consideration of the foregoing factors, the parties hereby stipulate, subject to the approval of the Court, to continue until April 13, 2009, the dates for the filing of any responsive pleadings in this case by any party. The parties understand and agree that by executing this stipulation, the parties will keep all claims and all defenses or objections to the lawsuit or counterclaim, the Court's jurisdiction, or the venue of the action.

It is so stipulated and agreed:

| /s/ Andrew P. Holland | /s/ Carey G. Been |
|---|---|
| Andrew P. Holland | Carey G. Been |
| Thoits, Love, Hershberger & McLean | Keller Grover LLP |
| A Professional Law Corporation | 425 Second Avenue |
| 285 Hamilton Avenue, Suite 300 | Suite 500 |
| Palo Alto, California 94301 | San Francisco, California 94107 |

STIPULATION AND ORDER     1     CASE NO. 08cv02757 FCD KJM

1  Pursuant to stipulation, **IT IS SO ORDERED**.

3  Dated: March 12, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE