**Stephen C. Gerrish/Bar No. 061253**
**Andrew P. Holland/Bar No. 224737**
**THOITS, LOVE, HERSHBERGER & McLEAN**
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Defendants and Counter Claimant**
**Kessler Sales Corporation d/b/a Kessler Corporation**
**and Richard L. Wantz**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD B. WILCOX, individually and on behalf of a class of similarly situated individuals,**<br><br>Plaintiff,<br><br>v.<br><br>**KESSLER SALES CORPORATION d/b/a KESSLER CORPORATION, a Ohio corporation, RICHARD L. WANTZ, an individual, AND KAREN J. SMITH, AN INDIVIDUAL,**<br><br>Defendants, | No. **2:08-CV-02757 FCD KJM**<br><br>**STIPULATION AND ORDER** |
| **AND RELATED COUNTER CLAIM.** | |

WHEREAS, suit was filed in this matter on November 14, 2008; and

WHEREAS, Defendant Kessler Corporation was served with process, obtained counsel and by stipulation received an extension of time in which to answer or otherwise plead until February 20, 2009; and

WHEREAS, Defendant Kessler Corporation timely filed its answer and counterclaim in

115106.001/256368 1
STIPULATION AND ORDER

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

1  this matter on February 20, 2009; and

2  WHEREAS, under the Federal Rules of Civil Procedure, Plaintiff Gerald B. Wilcox was
3  due to answer or otherwise respond to the counterclaim on or before March 16, 2009; and

4  WHEREAS, on or about February 19, 2009, Defendant Richard L. Wantz filed with the
5  court a waiver of service form; and

6  WHEREAS, as a result of the filing of the said waiver of service form, Defendant Wantz
7  was due to answer or otherwise respond to the Complaint on or before March 23, 2009; and

8  WHEREAS, the parties decided that their resources would be better devoted to the
9  attempted settlement of the lawsuit, and the parties stipulated and the Court ordered that the date
10 for the filing of any responsive pleadings in this case be continued until April 13, 2009; and

11 WHEREAS, the parties needed additional time to attempt to settle the lawsuit, and the
12 parties stipulated and the Court ordered that the date for the filing of any responsive pleadings in
13 this case would be further continued until May 4, 2009; and

14 WHEREAS, the parties have reached a tentative settlement, contingent on the parties
15 agreeing to certain language in a settlement agreement, and they believe that additional time is
16 needed to try to finalize a settlement agreement; and

17 NOW THEREFORE, in consideration of the foregoing factors, the parties hereby stipulate,
18 subject to the approval of the Court, to further continue until May 18, 2009, the dates for the filing
19 of any responsive pleadings in this case by any party. The parties understand and agree that by
20 executing this stipulation, the parties will keep all claims and all defenses or objections to the
21 lawsuit or counterclaim, the Court's jurisdiction, or the venue of the action.

22 It is so stipulated and agreed:

23 Dated: May 1, 2009.

**THE JACOBS LAW FIRM, CHTD.**

By  /s/ John G. Jacobs

**John G. Jacobs**
**Attorneys for Plaintiff**
**Gerald B. Wilcox**

115106.001/256368                    2
STIPULATION AND ORDER

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL LAW CORPORATION
285 Hamilton Avenue, Suite 300
PALO ALTO, CALIFORNIA 94301
(650) 327-4200

Dated: May 1, 2009.

**THOITS, LOVE,
HERSHBERGER & McLEAN**

By   /s/ Andrew P. Holland
**Andrew P. Holland
Attorneys for Defendants and Counter
Claimant Kessler Sales Corporation
d/b/a/ Kessler Corporation
and Richard L. Wantz**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: May 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE