ANDREW P. HOLLAND (SBN 224737)
THOITS, LOVE, HERSHBERGER & MCLEAN
A Professional Law Corporation
285 Hamilton Avenue, Suite 300
Palo Alto, California 94301
Telephone:   (650) 327-4200
Facsimile:   (650) 325-5572

Attorneys For Defendants
Kessler Sales Corporation d/b/a Kessler Corporation
 and Richard L. Wantz

JEFFREY F. KELLER (SBN 148005)
KELLER GROVER, LLP
425 Second Avenue, Suite 500
San Francisco, California  94107
Telephone:   (415) 543-1305
Facsimile:   (415) 543-7861
jfkeller@kellergrover.com

JOHN G. JACOBS (*PRO HAC VICE*)
BRYAN G. KOLTON (*PRO HAC VICE*)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850

Attorneys For Plaintiff
Gerald P. Wilcox

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD B. WILCOX, individually and on behalf of a class of similarly situated individuals,<br><br>          Plaintiff,<br><br>v.<br><br>KESSLER CORPORATION, a Delaware corporation, RICHARD L. WANTZ, an individual, and KAREN J. SMITH, an individual,<br><br>          Defendant. | Case No. CIV.S-08-02757 FCD KJM<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

| | |
|---|---|
| 1 | WHEREAS, no class has been certified in this action; |
| 2 | IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) and (c), |

WHEREAS, no class has been certified in this action;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) and (c), Federal Rules of Civil Procedure, by and between Plaintiff Gerald Wilcox and Defendants Kessler Sales Corporation d/b/a Kessler Corporation and Richard L. Wantz, by and through their respective counsel, that all of the claims and counterclaims in the above-entitled litigation, are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

There being no certified class, court approval for this dismissal is not required pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, since the dismissal herein does not affect any possible claim of any putative class member.

IT IS SO STIPULATED.

DATED: May 18, 2009

DATED: May 18, 2009                    THE JACOBS LAW FIRM, CHTD.

By: /s/ Bryan G. Kolton
    Bryan G. Kolton

    One of the Attorneys for Plaintiff
    GERALD B. WILCOX

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**
- 2 -

| | | |
|---|---|---|
| DATED: May 18, 2009 | | THOITS, LOVE, HERSHBERGER & MCLEAN |

By: /s/ Andrew Holland
   Andrew Holland

   Attorney for Defendants
   Kessler Sales Corporation d/b/a Kessler Corporation and Richard L. Wantz

## **ORDER**

Upon the Stipulation of the parties pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE. Each side to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: May 19, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

- 3 -